**IIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    v.<br><br>**HOWATDRICK JONES** | Case No.: 4:22-CR-00011-CDL-MSH |

**ORDER**

Defendant was indicted on May 10, 2022, ECF. 1, and arraigned on August 24, 2023, ECF. 13. A Pretrial Conference is currently scheduled for September 28, 2023. Defendant requests a continuance and the government does not oppose. Specifically, Defendant will need time to review discovery and discuss the government's case in chief.

**IT IS HEREBY ORDERED** that the above-referenced matter be continued to next term of Court set for <u>March 2024 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counselors for the Defendants and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **29th** day of **August, 2023**.

S/Clay D. Land                          
Clay D. Land, U.S. District Judge
