IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. 4:22-CR-11 (CDL-MSH) |
| | : |
| HOWARDTRICK JONES | : |
| | : |
| Defendant. | : |
| | : |

**ORDER GRANTING GOVERNMENT'S
MOTION TO DISMISS INDICTMENT**

The Government has moved the Court to grant leave to dismiss the Indictment filed against the Defendant on May 10, 2022. ECF No. 1

Upon consideration of the Government's motion, the Court is satisfied that there exists reasonable cause to believe that the case against this Defendant should not be pursued, and that the ends of justice would not be served by doing so. Specifically, Defendant was convicted after a bench trial in unrelated case, 4:22-CR-12. Given Defendant's resulting sentencing exposure and judicial efficiency considerations, a dismissal is appropriate.

Therefore, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, it is hereby ORDERED that the government's motion to dismiss the Indictment in this case be granted. The dismissal shall be without prejudice.

This 25th day of September, 2024.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA